UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WELL FARGO BANK, N.A.,

        Plaintiff,

-vs-                                            Case No. 6:08-cv-1555-Orl-28GJK

DANIEL P. KELLY, SHERA L. KELLY
a/k/a SHERA KELLY a/k/a SHERA
ALBERN, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS
INCORPORATED SOLELY AS NOMINEE
FOR 123 LOAN, LLC, JOHN DOE and
JANE DOE,

        Defendants.

---

## ORDER TO REMAND

This cause is before the Court on Plaintiff's Objection to Removal to Federal Court and Motion for Sanctions (Doc. No. 4) filed October 3, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

The Court has conducted a *de novo* review of the record in this matter and has reviewed other matters that have been filed by Ms. Sarah K. Lovejoy-Story, as Trustee for Eagles Nest Productions, LLC, including this exact matter, filed at case number 6:08-cv-135-Orl-28DAB. In that case, the matter was remanded because the Notice of Removal was defective as it failed to include the grounds for removal in accordance with 28 U.S.C. § 1446(a). The Notice was also improper because it was effected by a non-party. In

reviewing the Notice of Removal filed in this case, the Court concludes, as did the Magistrate Judge, that it suffers from the same deficiencies as in the prior removal: there are no grounds for the removal and Ms. Lovejoy-Story and Eagles Nest Productions, LLC are non-parties. Unfortunately, this abuse of the removal process and the courts, was not discovered until both a United States Magistrate Judge and a United States District Court Judge reviewed the pleadings and motions.

The Court has reviewed the "Response to Report and Recommendation" (Doc. No. 7) filed by Ms. Lovejoy-Story and Eagles Nest Productions, LLC and their objections are overruled. The Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore it is **ORDERED** that the Report and Recommendation filed January 30, 2009 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order. Plaintiff's Motion for Sanctions (Doc. No. 4) is denied. The Clerk is directed to **REMAND** this case to the Ninth Judicial Circuit, in and for Orange County, Florida, case number 07-CA-8849-O and to thereafter close this file.

This case is the fourth removal of a foreclosure action to the Middle District of Florida by Ms. Lovejoy-Story and Eagles Nest Productions LLC, all of which have been defective and thus, remanded.[1] Indeed, this case is the second attempt of this particular action to remove this matter to this Court, having already been rejected in case number 6:08-cv-135-

---

[1] See also case numbers 6:08-cv-135-JADAB; 6:08-cv-260-GKSDAB; and 8:08-cv-1217-SCB/MSS. Ms. Lovejoy-Story also removed another foreclosure action individually with her husband in case number 6:09-cv-77-JADAB.

Orl-28DAB. The foreclosure sale date(s) have had to be re-set due to the unjustified actions of Ms. Lovejoy-Story and Eagles Nest Productions, LLC.

Accordingly, Plaintiff may file a motion for sanctions to include attorney's fees and costs as well as for interest accrued on the note and mortgage as a result of the postponement of the foreclosure sale, supported by quantification of the award as well as a memorandum of law supporting such an award against Ms. Lovejoy-Story and Eagles Nest Productions, LLC jointly and severally. This motion shall be filed within eleven (11) days from the date of this Order. Ms. Lovejoy-Story and Eagles Nest Productions, LLC will have eleven (11) days to respond to the motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25 day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party